# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2603

_____

Charles Ray Edwards

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: March 2, 2017
Filed: March 7, 2017
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Charles Edwards appeals the district court's[1] adverse grant of summary judgment in his suit under the Federal Tort Claims Act. After careful review of the

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

record below, the parties' submissions on appeal, and the issues properly before us, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review of grant of summary judgment), we conclude that the district court properly granted summary judgment and that Edwards's arguments for reversal lack merit.

The judgment is affirmed.  See 8th Cir. R. 47B.

_____